UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 21-9002

JUNIUS BURNO,
Appellant

v.

COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
SUPERINTENDENT, SCI-GREENE; SUPERINTENDENT, SCI-ROCKVIEW;
LEHIGH COUNTY DISTRICT ATTORNEY'S OFFICE

(D.C. Civil Action No. 5-15-cv-06307)

SUR PETITION FOR REHEARING

Present: CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and *ROTH, Circuit Judges

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the

---

*Hon. Jane R. Roth vote is limited to panel rehearing only.

panel and the Court en banc, is denied.

BY THE COURT,

s/Patty Shwartz
Circuit Judge

Dated: July 16, 2024
NMB/arr/cc: JB; RE; CFM